IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RADHA GEISMANN, M.D., P.C., individually and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>TIMM MEDICAL TECHNOLOGIES, INC. and JOHN DOES 1-10,<br><br>Defendants. | Case No: |

## NOTICE OF REMOVAL

Defendant TIMM Medical Technologies, Inc.[1] hereby removes Cause No. 19SL-CC00385, *Geismann v. TIMM Medical Technologies, Inc.*, a civil action pending in the Circuit Court of St. Louis County, Missouri (the "State Court Action"), to the United States District Court for the Eastern District of Missouri pursuant to 28 U.S.C. §§ 1331, 1441(a), (c), and 1446.

**I.     Background**

1. On January 28, 2019, Plaintiff Radha Geismann, M.D., P.C. ("Plaintiff") filed a Class Action Petition (the "Complaint") against Defendant in the Circuit Court of St.  Louis County, Missouri, styled *Geismann v. TIMM Medical Technologies, Inc.*, Case No. 19SL-CC00385.

2. Defendant was served with a copy of the Summons and Complaint on February 25, 2019.  *See* Exhibit A.

3. Among other things, the Complaint alleges that Defendant violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

---

[1] The Complaint incorrectly names TIMM Medical Technologies, Inc. ("TIMM") as defendant, since it also alleges that Pos-T-Vac, not TIMM, sent the facsimile.  Although acquired by TIMM after the time period at issue, Pos-T-Vac remains a separate entity.  TIMM reserves all rights on this issue.

1

4. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as the TCPA arises under the laws of the United States. *Mims v. Arrow Fin. Svcs., LLC*, 565 U.S. 368, 377 (2012).

5. The Court has supplemental jurisdiction over Plaintiff's claims for declaratory relief, conversion, and violation of the "Missouri Consumer Fraud and Deceptive Business Practices Act." 28 U.S.C. § 1441(c); 28 U.S.C. § 1367.

**II.    Venue**

6. The State Court Action is being removed from the Circuit Court of St. Louis County, Missouri, which is within the Eastern District of Missouri. 28 U.S.C. § 105(a).

**III.    Procedure for Removal**

7. This Notice of Removal is timely because it is being filed within 30 days of Defendant's receipt of the Summons and Complaint, and within one year of the commencement of this action. 28 U.S.C. § 1446(b); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (explaining that the time for filing a notice of removal does not run until a party has been served with the summons and complaint under the applicable state law).

8. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly provide written notice of removal of this action to Plaintiff, and will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of St. Louis County, Missouri.

9. A copy of all process, pleadings, and orders served upon Defendant is attached hereto as Exhibit A in accordance with 28 U.S.C. § 1446(a).

10. For all of the foregoing reasons, this Court has original jurisdiction over this lawsuit pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and removal is proper.

WHEREFORE, Defendant respectfully requests that the above action now pending in the Circuit Court of St. Louis County, Missouri, Cause No. 19SL-CC00385 be removed to this Court for all further proceedings.

Respectfully Submitted,

ARMSTRONG TEASDALE LLP

By: /s/ Eric M. Walter
Eric M. Walter           #47297MO
Jonathan R. Shulan       #65426MO
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070
314.621.5065 (facsimile)
ewalter@armstrongteasdale.com
jshulan@armstrongteasdale.com

and

MORGAN, LEWIS & BOCKIUS LLP
Ezra D. Church (*pro hac vice* forthcoming)
1701 Market Street
Philadelphia, Pennsylvania 19103
215.963.5000
ezra.church@morganlewis.com

ATTORNEYS FOR DEFENDANT TIMM MEDICAL TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2019, the foregoing was filed with the Clerk of the Court using the CM/ECF system and served upon the following by United States Mail, postage prepaid and via electronic mail:

Max G. Margulis
MARGULIS LAW GROUP
28 Old Belle Monte Road
Chesterfield, Missouri 63017
maxmargulis@margulislaw.com

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, Illinois 60008
bwanca@andersonwanca.com

*Attorneys for Plaintiff*

                                                                                       */s/ Eric M. Walter*