UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Radha Geismann M.D. P.C. | ) ) ) ) | |
| v. | ) ) ) ) | 4:19-CV-676_HEA |
| Pos-T-Vac | ) ) ) | |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

**Option 1**

❏  The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

**Option 2**

X   An ADR conference was held on: multiple dates between June 2020 and November 20, 2020.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: N/A .

The ADR referral was concluded on November 20, 2020. The parties did achieve a settlement.

**Option 3**

❏  Although this case was referred to ADR, a conference WAS NOT HELD.

Date 11/23/2020    Neutral /s/ *Michael J. Reagan*