# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RADHA GEISMANN, M.D., P.C., individually and on behalf of all others similarly-situated, | ) ) ) ) |
| Plaintiff, | ) ) Cause No: 4:19-cv-00676 HEA |
| v. | ) ) |
| POS-T-VAC, LLC, and JOHN DOES 2-10, | ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE OF ITS CLAIMS AGAINST DEFENDANT POS-T-VAC, LLC

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, RADHA GEISMANN M.D., P.C., with consent of Defendant, POS-T-VAC, LLC, hereby dismisses its individual claims against Pos-T-Vac, LLC **with** prejudice. No notice needs to be issued to the putative class under Rule 23, because there has been no finding that this action can proceed as a class action, and no class has been certified herein. Each party shall bear their own costs.

Respectfully submitted,

MARGULIS LAW GROUP

By:   /s/ Max G. Margulis
      Max G. Margulis
      28 Old Belle Monte Road
      Chesterfield, Missouri 63017
      maxmargulis@margulislaw.com

      Brian J. Wanca
      ANDERSON + WANCA
      3701 Algonquin Rd., Ste. 500
      Rolling Meadows. IL 60008
      bwanca@andersonwanca.com


ATTORNEYS FOR PLAINTIFF,
RADHA GEISMANN, M.D., P.C.

**And:**

ARMSTRONG TEASDALE LLP

By: /s/ Jonathan R. Shulan *(with permission)*
Eric M. Walter#47297MO
Jonathan R. Shulan#65426MO
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
314.621.5070
314.621.5065 (facsimile)
ewalter@armstrongteasdale.com
jshulan@armstrongteasdale.com

and

MORGAN, LEWIS & BOCKIUS LLP
Ezra D. Church (*pro hac vice*)
1701 Market Street
Philadelphia, Pennsylvania 19103
215.963.5000
ezra.church@morganlewis.com

ATTORNEYS FOR DEFENDANT POS-T-VAC, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Max G. Margulis
Max G. Margulis