## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

RADHA GEISMANN, M.D., P.C., individually and on behalf of all others similarly-situated,

    Plaintiff,

v.

POS-T-VAC, LLC,
and JOHN DOES 2-10,

    Defendants.

Case No. 4:19-cv-00676 HEA

### PLAINTIFF RADHA GEISMANN, M.D., P.C.'S DISMISSAL WITHOUT PREJUDICE OF ITS CLAIM AGAINST DEFENDANTS JOHN DOES 2-10

COMES NOW Plaintiff, RADHA GEISMANN, M.D., P.C., by and through the undersigned counsel, and dismisses **without prejudice** any claims by Plaintiff, RADHA GEISMANN, M.D., P.C., against Defendants JOHN DOES 2-10. All other parties have previously been dismissed so said case can be closed.

    /s/   Max G. Margulis
Max G. Margulis, #24325MO
**MARGULIS LAW GROUP**
28 Old Belle Monte Rd.
Chesterfield, MO 63017
P:  (636) 536-7022 - Residential
F:  (636) 536-6652 - Residential
E-Mail: MaxMargulis@MargulisLaw.com
*Attorney for Plaintiff*

Brian J. Wanca,  # 3126474IL
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Phone: (847) 368-1500
Fax: (847) 368-1501
Email: bwanca@andersonwanca.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 16th day of April, 2021, I submitted the foregoing via this Court's CM/ES system, which served notice of the filing on the Attorneys for Defendants.

                /s/   Max G. Margulis